IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11118
(Summary Calendar)
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERRY WISER,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(USDC No. 3:96-CR-089-D)
- - - - - - - - - -
December 31, 1997
Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that court-appointed counsel's motion for leave to file an out-of-time brief is GRANTED. Counsel is reminded of his duty to meet court-imposed deadlines.

Court-appointed counsel for Jerry Wiser has filed a brief as required by Anders v. California, 386 U.S. 738 (1967), and we have independently reviewed counsel's brief, the points raised by Wiser in response to that brief, and the record, and found no nonfrivolous issue. Accordingly, counsel is excused from further

_____
[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein and the APPEAL IS DISMISSED.